C.A. No. 12-50262

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LAURA ELENA TREJO-MACIAS,
AKA Laura Trejo De Alatorre,
AKA Laura Trejo-Rodriquez,

Defendant-Appellant.

UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE ANSWERING BRIEF

Pursuant to Ninth Circuit Rule 31-2.2(b), Appellee, United States of America, respectfully moves the Court for a 30-day extension of time for the Government to file its answering brief, or until November 2, 2012. The reasons for this motion are stated in the attached declaration of Daniel C. Silva, Assistant United States Attorney.

| | | |
|---|---|---|
| DATED: | September 7, 2012 | LAURA E. DUFFY<br>United States Attorney |
| | | /s/ Daniel C. Silva<br>DANIEL C. SILVA<br>Assistant U.S. Attorney |
| | | United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, CA   92101-8893<br>Telephone:  (619) 546-9713<br>Attorneys for Plaintiff/Appellee<br>United States of America |

C.A. No. 12-50262

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LAURA ELENA TREJO-MACIAS,
AKA Laura Trejo De Alatorre,
AKA Laura Trejo-Rodriquez,

Defendant-Appellant.

## DECLARATION OF ASSISTANT U.S. ATTORNEY DANIEL C. SILVA

I, Daniel C. Silva, declare as follows:

1. I am an Assistant United States Attorney for the Southern District of California, and am responsible for preparing the Government's answering brief in the above-captioned appeal.

2. Appellant Laura Elena Trejo-Macias ("Trejo-Macias") appeals the district court's two-level increase under USSG § 3C1.1 of Trejo-Macias' base offense level.

3. Trejo-Macias is presently serving one hundred and fifty-one (151) months in the custody of the Bureau of Prisons. According to the Bureau of Prison's Inmate Locator, her expected release date is February 23, 2022.

4. Trejo-Macias's opening brief was timely submitted on August 29, 2012.

5. The Government's answering brief is due on October 3, 2012.

6. A 30-day extension of time is needed to file the Government's answering brief for the following reasons:

    a. I am currently preparing for a jury trial in the Southern District of California, United States v. Padrik Symbio Ryan, criminal case, No. 12cr1601-H, scheduled to commence on September 25, 2012, with a motion hearing date of September 24, 2012.

    b. I am currently preparing for the United States v. Ryan trial and the attendant motions and responses. The trial is expected to take two days to complete.

    c. From Monday, September 10 through Thursday, September 20, 2012, I will be in Columbia, South Carolina, for training purposes. I do not expect to have sufficient free time during this training to adequately prepare for both the Ryan trial and also prepare the Government's answering brief in this matter.

7. I will exercise due diligence to ensure that the Government's answering brief will be filed within the time requested.

8. This is the Government's first request for an extension in this case.

9. Marc B. Geller, counsel for Trejo-Macias, indicated to me that he does not oppose this request.

10. The district court docket for the underlying criminal case, No. 11cr1655-H, reflects that the court reporter has filed all designated transcripts.

11. Based on the above, I respectfully request that the Government be allowed to file its answering brief on or before November 2, 2012.

Dated: September 7, 2012                    /s Daniel C. Silva
                                            DANIEL C. SILVA
                                            Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2012, I electronically filed the foregoing unopposed motion for 30-day extension of time to file answering brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: September 7, 2012
LAURA E. DUFFY
United States Attorney

/s/ Daniel C. Silva
DANIEL C. SILVA
Assistant U.S. Attorney

United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA   92101-8893
Telephone:   (619) 546-9713
Attorneys for Plaintiff/Appellee
United States of America